UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING: 12/15/2009
CRIMINAL DOCKET NO. 09-811(JAP) 01-06

JUDGE JOEL A. PISANO
COURT REPORTER: Joanne Caruso
COURTROOM DEPUTY: Dana Sledge

TITLE OF CASE:
USA vs. Irma Azrelyant, et al.,

APPEARANCES:
Dept of Justice Trial Attorneys:
Brigham Cannon & Hank Bond Walter
AUSA - Jennifer Davenport
Paralegal - Elizabeth Sebesky
PTS present.
Retd - Morton Katz, Esq., for defts #1
Retd - Michael Wahsor, Esq., for deft #2
CJA Apptd - Michael Armstrong, Esq., for deft #3
AFPD - Brian Reilly, Esq., for deft #4
Retd - Clara Smit, Esq., for deft #5
CJA apptd - Patrick O'Hara, Esq., for deft #6
Irma Azrelyant, deft present.
Joshua Finkle, deft present.
Natan Zfati, deft present.
Oksana Strusa, deft present.
Alfia Iskandarova, deft present.
Hennadii Holovkin, deft present
Stephen Toth, Jr., sign language interpreter sworn.
Daniel B. Swartz, sign language interpreter sworn.
Jonathan Lamberton, sign language interpreter sworn.

NATURE OF PROCEEDINGS:
Arraignment & bail modification proceeding held on the Indictment.

Defendant(s) informed of charges, rights and penalties.
Defendant(s) waive reading of the Indictment.
Defendant(s) entered a not guilty plea as to all counts of the Indictment.
Complex order for discovery & inspection filed.
Trial schedule: Pretrial motions due 01/11/2010; Opposition due 01/25/2010; Motion hearing set for 02/08/10 at 10:00 a.m.; Jury trial set 02/22/10 at 9:30 a.m.
Parties directed to submit proposed order regarding any bail modifications.
Chambers conference held.

TIME COMMENCED 11:30 a.m.  TIME ADJOURNED 12:30 p.m.
s/Dana Sledge, Courtroom Deputy