IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

(Trenton Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 09-811 (JAP) |
| | : | |
| IRMA AZRELYANT, | : | |
| JOSHUA FINKLE, | : | |
| NATAN ZFATI, | : | |
| OKSANA STRUSA, | : | |
| ALFIA ISKANDAROVA and | : | |
| HENNADII HOLOVKIN | : | |
| | : | |
| Defendants. | : | |

## UNITED STATES' NOTICE OF ATTORNEY APPEARANCE

The United States hereby provides notice that the following attorney is entering his appearance in the above-captioned matter:

>Robert A. Zink
>Trial Attorney
>Criminal Division, Fraud Section
>United States Department of Justice
>1400 New York Ave., NW
>Washington, DC 20005
>(202) 616-0429
>robert.zink@usdoj.gov

Dated: January 9, 2011

>Respectfully submitted,
>DENIS J. MCINERNEY
>United States Department of Justice
>Chief, Criminal Division, Fraud Section
>
>By:    /s Robert Zink            ___
>Robert A. Zink, Trial Attorney

>                                    United States Department of Justice,
>                                    Criminal Division, Fraud Section
>                                    1400 New York Avenue, NW
>                                    Washington, DC  20005
>                                    Phone:  (202) 616-0429
>                                    Fax:     (202) 514-7012
>                                    robert.zink@usdoj.gov

### **CERTIFICATE OF SERVICE**

I, Robert A. Zink, certify that on this 9th day of January, 2011, I caused the foregoing Notice of Appearance to be served, via the CM/ECF system, on all counsel of record in the above-captioned case.


>                    By:    /s Robert Zink_____
>                           Robert A. Zink, Trial Attorney
>
>                           United States Department of Justice,
>                           Criminal Division, Fraud Section
>                           1400 New York Avenue, NW
>                           Washington, DC  20005
>                           Phone:  (202) 616-0429
>                           Fax:     (202) 514-7021
>                           robert.zink@usdoj.gov