# Clara R. Smit, Esq.
## ATTORNEY AT LAW

Turnpike Metroplex • 190 Highway 18N Suite 200 • East Brunswick NJ 08816
Telephone (732) 843-6600 • VP by appointment
Fax (732) 843-6602 • email: crsmitlaw@aol.com

February 23, 2012

Honorable Joel A. Pisano, U.S.D.J.
United States District Court
Clarkson S. Fisher Fed. Bldg & Courthouse
402 E. State St.
Room 341
Trenton, NJ 08608

    Re:    USA v. Alfia Iskandarova
             Docket No.: 3:09-CR00811-005
             Sentence Hearing: March 14, 2012 at 9:30am

Dear Judge Pisano:

As you are already aware, I represent Alfia Iskandarova in the above entitled matter. The sentence hearing is presently scheduled before Your Honor for March 14, 2012 at 9:30 A.M. Please be advised that Ms. Iskandarova is scheduled for a cesarean section for the birth of her 2nd child on March 9, 2012. Although I had advised Mr. Zink of the pending birth at the time we scheduled the March 14th date, it was only after this that I learned the cesarean section was scheduled for March 9th. I was advised that due to several possible complications she is unable to travel anywhere until after April 20th. Therefore defendant, respectfully requests an adjournment of the sentence hearing until after April 20th. I have enclosed for Your Honor a note from her doctor, Jill M. Rabin, M.D. stating same. Please be advised that I have contacted the United States Attorney Robert Zink for his consent to this request but have not heard back from him. I am writing the Court because I do not wish to postpone our request to cause further inconvenience to the court. Kindly advise my office when a new court date has been scheduled if Your Honor grants this adjournment request. Thank you for your continued consideration in this matter.

                                        Respectfully submitted,

                                        /s/ Clara R. Smit, Esq.
                                        Clara R. Smit, Esq.

CRS/bf
encl.
cc:    Alfia Iskandarova
       Robert Zink, Esq. (Via Email)