**LONG ISLAND JEWISH MEDICAL CENTER**
**AMBULATORY CARE UNIT**
**270-05 76TH AVE**
**NEW HYDE PARK, NY 10040**

*[Handwritten note: OIR was going to advise Kim translator 516-465-5209 @]*

December 13th, 2011

Ms. Alfia Iskandarova
108-07 65th Road
Apt 5F
Forest Hills, New York 11375

Dear Ms. Iskandarova,

This letter is to advise you that your C/Section procedure is scheduled for;

    March 9th, 2012 – Friday at 9.30 AM at
    Long Island Jewish Medical Center
    Labor and Delivery – 3rd Floor

Your pre-surgical testing is scheduled for;

    March 8th, 2012 – Thursday at 12 Noon at
    Center for Advanced Medicine
    450 Lakeville Road
    Lake Success, New York 11004 – Tel; 516-734-8000

Please do not eat or drink anything after midnight before your procedure day, not even candy/chewing gum or water and please arrive at the hospital at 7.30 AM on the day of your procedure with your insurance card and picture id.

If you have any questions, please feel free to call me at 718-470-4523.

Thank you.

Sincerely,

LONG ISLAND JEWISH MEDICAL CENTER

Anise Borhara
Ob/Gyne Secretary



New Hyde Park, New York 11040
Tel (718) 470-7000

2/14/12

To whom it may concern,

Ms. Alfia Iskandarova is scheduled for a Cesarean-section on March 9, 2012. She will not be able to travel to court until 6 weeks post-surgery (April 20, 2012).

Jill M. Rabin, MD
License # 154188
NPI # 1780757096